Lee A. Cirsch (SBN 227668)
Lee.Cirsch@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Francis J. Flynn, Jr. (SBN 304712)
Law Office of Francis J. Flynn, Jr.
6220 West Third Street, #115
Los Angeles, CA 90036
francisflynn@gmail.com
Telephone: (323) 424-4194

Attorneys for Plaintiff
Julian Metter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN METTER, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:16-cv-06652-RS<br><br>**DECLARATION OF JULIAN METTER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION**<br><br>Date: March 16, 2017<br>Time: 1:30 p.m.<br><br>Hon. Richard Seeborg<br>Courtroom 3 |

**DECLARATION OF JULIAN METTER**

I, JULIAN METTER, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am the plaintiff in the above-titled action, and make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration and Dismiss or Stay Litigation (the "Motion").

2. I have reviewed the Declaration of Tony Cosentini submitted in support of Defendant's Motion ("Cosentini Declaration"). My recollection is consistent with the Cosentini Declaration in that I registered as an Uber user on or about October 24, 2014 via the Uber application using a Samsung Galaxy S4 with an Android operating system.

3. In completing the registration process on my smartphone, I recall entering my contact, password and credit card information and then clicking on the "Register" button. I did not notice a "Terms of Service & Privacy Policy" hyperlink on the second screen of the registration process or the phrase directly above it stating "By Creating An Uber Account, You Agree To The", as depicted in Exhibit A of the Cosentini Declaration. As such, I never clicked on the "Terms of Service & Privacy Policy" hyperlink.

4. In reviewing Exhibit A to the Cosentini Declaration, the screenshots provided by Mr. Cosentini are significantly larger than the size of my Galaxy S4 smartphone and do not depict the actual size of the screens and text I saw throughout the registration process, which were much smaller and less apparent.

5. Further, based on my review of Exhibit A to the Cosentini Declaration, the screenshots depicting the "Payment" screen reveal that upon clicking the area to enter my credit card number at the top of the screen, a numbered keypad would have immediately appeared below the "Register" button that then blocks the entire bottom portion of the screen. The blocked portion of the screen appears to include the links to "PayPal" and "Google Wallet" as well as the small text at the very bottom of the screen stating "By Creating An Uber Account, You Agree To The" and the hyperlink below it stating "Terms of Service &

Privacy Policy". Because I would have clicked the top area of the screen to enter my credit card number, as confirmed by Mr. Cosentini, immediately upon encountering the "Payment" screen rather than scrolling to the "PayPal" or "Google Wallet" links, and because I did not notice the hyperlink to the Terms of Service and Privacy Policy, the keypad to enter my credit card information would have obstructed my view of the entire screen below the "Register" button. I do not recall viewing, and from the Cosentini Declaration was not required to view, the blocked portion of the screen in order to click the "Register" button and complete the registration process.

6. In completing the registration process, I was not required to read and did not read any "Terms of Service & Privacy Policy" and I never indicated that I accepted any such terms.

7. I was not aware of any arbitration provision contained in the "Terms of Service & Privacy Policy", and I never agreed to such a provision.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of ~~January~~ February, 2017.

[signature]

Julian Metter