1  Glenn A. Danas (SBN 270317)
   Glenn.Danas@capstonelawyers.com
2  Bevin Allen Pike (SBN 221936)
   Bevin.Pike@capstonelawyers.com
3  Robert K. Friedl (SBN 134947)
   Robert.Friedl@capstonelawyers.com
4  Trisha K. Monesi (SBN 303512)
   Trisha.Monesi@capstonelawyers.com
5  CAPSTONE LAW APC
   1875 Century Park East, Suite 1000
6  Los Angeles, California 90067
   Telephone: (310) 556-4811
7  Facsimile: (310) 943-0396

8  Francis J. Flynn, Jr. (SBN 304712)
   Law Office of Francis J. Flynn, Jr.
9  6220 West Third Street, #115
   Los Angeles, CA 90036
10 francisflynn@gmail.com
   Telephone: (323) 424-4194
11
   Attorneys for Plaintiff
12 Julian Metter

13 [*Additional counsel listed on next page*]

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| JULIAN METTER, individually, and on behalf of a class of similarly situated individuals, | Case No. 3:16-cv-06652-RS |
|---|---|
|  | **JOINT WITNESS LIST** |
| Plaintiff, |  |
| v. | Date: April 11, 2018<br>Time: 9:30 a.m. |
| UBER TECHNOLOGIES, INC., a Delaware corporation, | Judge: Hon. Richard Seeborg<br>Action Filed: November 16, 2016 |
| Defendant. |  |

WILLIAM L. STERN (BAR NO. 96105)
WStern@mofo.com
LUCIA X. ROIBAL (BAR NO. 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Pursuant to this Court's Bench Trial Standing Order, the Minute Order dated October 26, 2017 (Dkt. 74), and the Order to Continue Bench Trial and Related Deadlines (Dkt. 77), Plaintiff Julian Metter ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective counsel of record, hereby submit the following Joint Witness List.

**Defendant's Witnesses**

1. Anthony "Tony" Cosentini. Mr. Cosentini works at Uber Technologies, Inc. as Senior Software Engineer II. His testimony is offered for the purpose of showing that a valid contract was formed between Plaintiff and Defendant.
2. Allison Garrett. Ms. Garrett works at Uber Technologies, Inc. as Assistant Paralegal I, Litigation. Her testimony is offered for the purpose of showing that a valid contract was formed between Plaintiff and Defendant.

**Plaintiff's Witnesses**

3. Julian Metter. Mr. Metter is the plaintiff in this action and his testimony is offered for the purpose of showing that no valid contract was formed between Plaintiff and Defendant.

| | | |
|---|---|---|
| 1 | Dated: April 4, 2018 | CAPSTONE LAW APC |
| 2 | | GLENN A. DANAS |
| | | BEVIN ALLEN PIKE |
| 3 | | ROBERT K. FRIEDL |
| | | TRISHA K. MONESI |
| 4 | | |
| | | FRANCIS J. FLYNN, JR. |

By:  /s/ *Bevin Allen Pike*
      BEVIN ALLEN PIKE

Attorneys for Plaintiff Julian Metter

Dated: April 4, 2018

WILLIAM L. STERN
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By:  /s/ *William L. Stern*
      WILLIAM L. STERN

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

**ECF ATTESTATION**

I, , am the ECF User whose ID and password are being used to file this JOINT WITNESS LIST. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Bevin Pike, counsel for Plaintiff, has concurred in this filing.

Dated: April 4, 2018         WILLIAM L. STERN
                             MORRISON & FOERSTER LLP


                             By:   /s/ *William L. Stern*
                                   WILLIAM L. STERN

                             Attorneys for Defendant
                             UBER TECHNOLOGIES, INC.