Glenn A. Danas (SBN 270317)
Glenn.Danas@capstonelawyers.com
Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 556-4811
Facsimile:   (310) 943-0396

Francis J. Flynn, Jr. (SBN 304712)
Law Office of Francis J. Flynn, Jr.
6220 West Third Street, #115
Los Angeles, CA 90036
francisflynn@gmail.com
Telephone:   (323) 424-4194

Attorneys for Plaintiff
Julian Metter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN METTER, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:16-cv-06652-RS<br><br>**WRITTEN TESTIMONY OF JULIAN METTER FOR BENCH TRIAL UNDER SECTION 4 OF THE FAA**<br><br>Date:          April 11, 2018<br>Time:         9:30 a.m.<br>Ctrm:         3<br><br>Judge:         Hon. Richard Seeborg<br>Action Filed: November 16, 2016 |

**WRITTEN TESTIMONY OF JULIAN METTER**

Q. Please state your name and address for the record.

A. I am Julian Metter. I am the plaintiff in the above-titled action, and my address is 576 South Ogden Drive, Los Angeles, California 90036.

Q. Please describe the purpose of your testimony.

A. I am providing this testimony for the bench trial under section 4 of the Federal Arbitration Act, in my action against Uber. I understand that this proceeding is about whether I consented to Uber's arbitration agreement in its terms of service.

Q. When did you register as an Uber user?

A. From what I recall, I registered on or about October 24, 2014.

Q. Did you use your cell phone to register?

A. Yes. I have a smartphone. I used the Uber application on my Samsung Galaxy S4, which has an Android operating system.

Q. We are going to discuss the registration process you went through when registering for Uber. Plaintiff's Exhibits 8-11 are four screen shots appearing during the registration process, which were attached in an Appendix to the Court's April 17, 2017 Order Denying Defendant Uber's Motion to Compel Arbitration, labeled Figures 1-4 by the Court in docket number 39. Have you had a chance to review Plaintiff's Exhibits 8-11?

A. Yes.

Q. Ok. Exhibit 8 is the first screen of the registration process. Do you remember completing this screen?

A. Yes. I remember having to enter in my contact information and password.

Q. Did you register via Google Plus or Facebook and select one of those buttons?

A. No.

Q. Did you at any time during the registration process select the triangle button located at the bottom of the screenshots as displayed in Exhibits 8-11? The triangle

1 | button is displayed next to the circle and square buttons in a black bar on the screen.
2 | A.  No. I do not recall ever selecting that button nor was I prompted to do so.
3 | Q.  Did you at any time during registration disable the keypad feature on your
4 | smartphone?
5 | A.  No.
6 | Q.  Did you connect a physical keyboard to your smartphone via Bluetooth for the
7 | registration process?
8 | A.  No.
9 | Q.  At the time of registration, did you have any non-default settings on your phone
10 | that would affect the appearance and functioning of applications like Uber's
11 | application?
12 | A.  No, not to my knowledge.
13 | Q.  Ok. After entering in your contact information, the second registration screen
14 | asks for credit card information as displayed in Plaintiff's Exhibit 9. Do you recall this
15 | screen?
16 | A.  Yes, I recall the screen that asks for my credit card information.
17 | Q.  What did you see when you got to this screen?
18 | A.  I saw that the first boxes at the top of the payment screen asked for my credit card
19 | information, so I immediately pressed on the empty fields to enter my information. A keypad
20 | popped up.
21 | Q.  Before the keypad arose, did you see the statement at the bottom of the payment
22 | screen that contains a hyperlink to the "Terms of Service & Privacy Policy," which
23 | states: "BY CREATING AN UBER ACCOUNT, YOU AGREE TO THE <u>TERMS OF
24 | SERVICE & PRIVACY POLICY</u>?"
25 | A.  No. I did not see that statement or the hyperlink.
26 | Q.  Did you ever click on the terms of service alert hyperlink?
27 | A.  No. I never saw it. As a result, I did not click on it.
28 |

Q. Plaintiff's Exhibit 10 displays the payment screen with the keypad beneath the Register button. Did you enter your credit card information using the popup keypad?

A. Yes. By pressing on the empty box to fill in my credit card information, the keypad displayed so that I could enter my information on the payment page.

Q. Did you scroll to the bottom of this page while the keypad was engaged?

A. No.

Q. As displayed in Plaintiff's Exhibit 11, did you scroll down or select the PayPal or Google Wallet buttons?

A. No, I did not scroll down the payment page and did not select any such buttons.

Q. Do you recall selecting any checkmark button on the keypad after entering in your credit card information?

A. No, I did not select such a button. I don't recall any instructions or reason to do so. I just remember entering my credit card information and then selecting the "Register" button.

Q. At any time in your registration process, did you see the Terms of Service & Privacy Policy alert or hyperlink?

A. No. At the payment screen, I immediately started to enter my credit card information in the first boxes on top. I never saw the Terms of Service alert or link at the bottom of the screen. I used the keypad that popped up to enter my information on the payment screen. Based on Plaintiff's Exhibit 10, this keypad blocks the view of the Terms of Service alert. I did not know there was any information or links under the keypad. I never scrolled down on this page, nor was I prompted to do so.

Q. Were you required to click on the Terms of Service & Privacy Policy to complete the registration process?

A. No. I was never required to and did not do so.

Q. Were you required to read the Terms of Service & Privacy Policy to complete the registration process?

A. No. I was not required to and did not read them.

| | |
|---|---|
| 1 | Q.  Were you aware of any arbitration policy or provision contained in the **Terms of** |
| 2 | **Service & Privacy Policy?** |
| 3 | A.  No. |
| 4 | Q.  **So you never agreed to any arbitration policy or provision?** |
| 5 | A.  No, I did not. |
| 6 | Q.  **Does this conclude your prepared direct testimony?** |
| 7 | A.  Yes. |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2018.

_____
Julian Metter

Page 4                                     Case No. 3:16-cv-06652-RS
WRITTEN TESTIMONY OF JULIAN METTER