1 | Bevin Allen Pike (SBN 221936)
Bevin.Pike@capstonelawyers.com
2 | Robert K. Friedl (SBN 134947)
Robert.Friedl@capstonelawyers.com
3 | Trisha K. Monesi (SBN 303512)
Trisha.Monesi@capstonelawyers.com
4 | CAPSTONE LAW APC
1875 Century Park East, Suite 1000
5 | Los Angeles, California 90067
Telephone: (310) 556-4811
6 | Facsimile: (310) 943-0396

7 | Francis J. Flynn, Jr. (SBN 304712)
Law Office of Francis J. Flynn, Jr.
8 | 6220 West Third Street, #115
Los Angeles, CA 90036
9 | francisflynn@gmail.com
Telephone: (323) 424-4194

Attorneys for Plaintiff
Julian Metter

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN METTER, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                    Defendant. | Case No. 3:16-cv-06652-RS<br> ORDER<br>**STIPULATION TO CONTINUE APRIL 11, 2018, BENCH TRIAL AND ALL RELATED DEADLINES**<br><br>Date:         April 11, 2018<br>Time:        9:30 a.m.<br><br>Judge:       Hon. Richard Seeborg<br>Action Filed: November 16, 2016 |

William L. Stern (BAR NO. 96105)
WStern@mofo.com
Tiffany Cheung (BAR NO. 211497)
TCheung@mofo.com
Claudia M. Vetesi (BAR NO. 233485)
CVetesi@mofo.com
Lucia X. Roibal (BAR NO. 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Pursuant to Northern District of California Local Rules 7-1, 7-12 and 40-1, Plaintiff Julian Metter ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant") (collectively referred to as the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

**RECITALS**

**WHEREAS** on October 11, 2017, the Ninth Circuit granted Uber's motion for a stay of its appeal and for a limited remand for this Court to conduct a mini-trial;

**WHEREAS** on October 26, 2017, the Court set a bench trial on January 10, 2018 at 9:30 a.m. before the Honorable Richard Seeborg;

**WHEREAS** on December 28, 2017, Plaintiff's counsel learned that Plaintiff was recently diagnosed with lymphatic cancer that spread from an earlier diagnosis of bladder cancer.

**WHEREAS**, Plaintiff underwent surgery on January 2, 2018, as part of his treatment and, as such, the Parties agreed to a short continuance to April 11, 2018, of the bench trial on the limited issue of contract formation of the arbitration agreement, and all corresponding pre-trial dates, to allow time for Plaintiff's recovery from surgery.

**WHEREAS**, Plaintiff continues to undergo treatment for his cancer that severely limits his ability to travel and appear for the aforementioned bench trial on April 11, 2018.

**WHEREAS**, the Parties agree that a further continuance of the bench trial is necessary to allow Plaintiff adequate time to complete and recover from his cancer treatments.

**THEREFORE**, the Parties agree and request that:

(1) The trial of this action be continued to October 17, 2018, or as soon thereafter as the Court's calendar permits; and

(2) All pre-trial deadlines shall be extended and will run in accordance with the continued trial date.

Dated: April 10, 2018

BEVIN ALLEN PIKE
ROBERT K. FRIEDL
TRISHA K. MONESI
FRANCIS J. FLYNN, JR.

By: /s/ Bevin Allen Pike

BEVIN ALLEN PIKE
ATTORNEYS FOR PLAINTIFF
JULIAN METTER

Dated: April 10, 2018

WILLIAM L. STERN
TIFFANY CHEUNG
CLAUDIA M. VETESI
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: /s/ William L. Stern

WILLIAM L. STERN

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

|   |   |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED: |
| 2 | The bench trial previously set for April 11, 2018, is hereby continued to |
| 3 | October 26, 2018, at 9:30 a.m./~~p.m.~~ before the Honorable Richard Seeborg. All |
| 4 | pre-trial deadlines shall be extended and will run in accordance with the continued trial date. |
| 6 | Date: 4/10/18 |
| 7 | Hon. Richard Seeborg |